FILED
IN CLERK'S OFFICE
U.S. District Court E.D.N.Y.
05/06/2022
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THE ANNUITY, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C & 15D, AFL-CIO, et al.,

                Plaintiffs,

-against-

RIZZO ENVIRONMENTAL SERVICES CORP.,

                Defendant.

**MEMORANDUM & ORDER**
22-CV-00556 (NGG) (LB)

NICHOLAS G. GARAUFIS, United States District Judge.

Pending before the court is Plaintiffs' motion for default judgment. (Mot. for Default J. (Dkt. 9).) Plaintiffs allege violations of the Employee Retirement Income Security Act of 1974 and the Labor Management Relations Act of 1947. (*See* Compl. (Dkt. 1).) This motion was referred to Magistrate Judge Lois Bloom for a report and recommendation ("R&R"). (*See* Mar. 25, 2022 Order Referring Mot.) Magistrate Judge Bloom issued the annexed R&R on April 6, 2022, recommending the court grant Plaintiffs' motion. (*See* R&R (Dkt. 14).)

No party has objected to Magistrate Judge Bloom's R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). Therefore, the court reviews the R&R for clear error. *See Velasquez v. Metro Fuel Oil Corp.*, 12 F. Supp. 3d 387, 397 (E.D.N.Y. 2014). Having found none, the court ADOPTS the R&R in full and, for the reasons stated in the R&R, ORDERS an injunction directing Defendant to comply with an audit of its books and records for the period of July 1, 2017 through December 31, 2021. The court GRANTS Plaintiff $2,562.50 in attorney's fees and $617 in costs.

SO ORDERED.

Dated:    Brooklyn, New York
           May 5, 2022

                                    s/Nicholas G. Garaufis
                                    NICHOLAS G. GARAUFIS
                                    United States District Judge

1